UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIAOLEI WU,<br><br>Defendant. | Criminal No. 23cr10005<br><br>Violations:<br><br>Count One: Cyberstalking<br>(18 U.S.C. § 2261A)<br><br>Count Two: Interstate Transmission of Threatening Communication<br>(18 U.S.C. § 875) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. XIAOLEI WU ("WU") was a citizen of the People's Republic of China ("PRC") who was present in Massachusetts as a student at the Berklee College of Music.

2. Berklee College of Music was an educational institution located in Boston, Massachusetts.

3. Individual 1 was a U.S. lawful permanent resident originally from the PRC, with family members who still reside in the PRC. Individual 1 was a former student at the Berklee College of Music.

4. WeChat is the international version of the PRC-based electronic communication app Weixin that is downloaded to a user's mobile phone. Its uses include text messaging, voice messaging, and photo and video sharing. All WeChat communications are stored on servers in the Singapore and the Hong Kong Special Administrative Region.

5. Instagram is a social media platform headquartered in California. Instagram can be used to post photographs, stories, as well as to send messages between individual users. Instagram has no data centers located in Massachusetts, and therefore all Instagram posts or messages are stored in data centers located outside of Massachusetts.

6. Berklee College of Music provides student email accounts that are hosted by Google, which is headquartered in California. Google has no data centers located in Massachusetts, and therefore all Berklee College of Music email accounts are stored in data centers located outside of Massachusetts.

7. On or about October 22, 2022, Individual 1 posted a flier on a window at or near the Berklee College of Music in Boston, Massachusetts:



Individual 1 also took a photograph of the flier and posted it to Individual 1's Instagram account. Once posted to Individual 1's Instagram account, it could be viewed by WU, who was a follower of Individual 1's Instagram account.

8. On or about October 22, 2022, at approximately 10:48 pm, after Individual 1 had posted the photograph of the flier to Instagram, WU posted in Berklee Class of 2024 WeChat group. At the time, the group had over 300 members, including Individual 1. WU's posts were in Chinese. A translation[1] of WU's posts indicates that he said the following:

> @[Individual 1] don't you fucking post reactionary posters
> Fucking tear [tore] all of them you bastard
> You go to post them at Tian'anmen Square
> Post more, I will chop your bastard hand(s) off
> ...
> Let barklee [sic] bite your hand(s) off
> Not killed by pandemic but about to be killed by Public Security
> [image of law enforcement personnel]

9. On October 23, 2022, at approximately 1:54 am, WU posted another message to the Berklee Class of 2024 WeChat group, in which he said the following:

> I already called the tipoff line in the country, the public security agency will go greet your family.

10. Later, on or about the morning of October 23, 2022, WU made additional posts in the Berklee Class of 2024 WeChat group, including posts which indicate that he was attempting to locate Individual 1's residence:

> This asshole lived at Greenhouse N 8th or 9th floor don't know if still there, those living at greenhouse can go greet this person
> ...
> The school can also check this person's record, anyone who has the authority to check or is willing to do so, we would greatly appreciate it.
> ...

---

[1] All of the quoted communications made by WU referenced herein were originally in Chinese. The quotations are translations.

3

> Be able to check even after graduation
> Let's call a spade a spade, your family can spend money providing for your overseas studies, you f**king should be truly thankful.
> WTF You have no freedom?
> …

11.   On or about October 24, 2022 at 2:39 a.m., WU sent Individual 1 an email using his Berklee Email Account. WU also posted a screenshot of this email to his Instagram account, which enabled others to view it. WU's email shows that he told Individual 1 he believed that Individual 1 would be arrested upon returning to the PRC; that he believed Individual 1's family members would receive a "political review" from PRC government authorities; and that he had called the "tip-off" line in the PRC:

> [Individual 1]
>
> How come no posting today?
>
> I heard you are going back to the country. I think you should just cancel your flight ticket. I am afraid the customs may seize you, put all your family members through political review…
>
> You can continue to get hyped by yourself. You put my name on the poster, I have no problem, best if you find someone to stab me with a knife. I think you only dare to stir up trouble at school. In any case if you went to Chinatown, Quincy to post, you could be beaten to death by people of the chamber of commerce there, and by then no one would rescue you even if 911 was dialed. Those who follow you to kick up a fuss are all supporters of Hong Kong independence and Taiwan Independent, right? Then as a Chinese growing up in Mainland China, you are rather pathetic. No, I don't think you deserve to be a Chinese. You don't deserve to hold a red-cover passport. You should wash dishes for the capitalist dogs. Be careful that you get poked with a needle by a homeless person someday when you pass by south bay, then get eaten by someone.
>
> … You can join Falun Gong, it seems place like that can make underclass people like you find a bit of sense of existence.
>
> Oh right, you can also sue me for personal attacks against you, but I feel that with your family background, you will not be able to get rid of me. I already got screenshot(s) of your social account(s) number(s). I also read your records at school. I also called the tip-

4

> off line in the country. If you can overturn this, I consider you fucking awesome. Don't go back to the country, it is not appealing to you…
>
> I hope your family is having a good time being greeted. Be "safe"

12. On or about October 24, 2022, WU also posted Individual 1's email address on WeChat and said "let's all do it together."

## COUNT ONE
## Cyberstalking
## (18 U.S.C. § 2261A)

The Grand Jury charges:

13. The Grand Jury re-alleges and incorporates by reference the allegations in paragraphs 1 through 12 of this Indictment.

14. Beginning on or about October 22, 2022, and continuing until on or about October 24, 2022, in the District of Massachusetts and elsewhere, the defendant,

### XIAOLEI WU,

with the intent to injure, harass, and intimidate another person, used interactive computers services and electronic communication services and electronic communication systems of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, specifically, Individual 1, and immediate family members of Individual 1.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

COUNT TWO
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury further charges:

15. The Grand Jury re-alleges and incorporates by reference the allegations in paragraphs 1 through 12 of this Indictment.

16. On or about October 22, 2022, in the District of Massachusetts and elsewhere, the defendant,

XIAOLEI WU,

knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat to injure the person of another, to wit: Individual 1.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

_____
TIMOTHY H. KISTNER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JANUARY 10th, 2023
Returned into the District Court by the Grand Jurors and filed.

Dawn M. King  4:08pm
DEPUTY CLERK

7