JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. **II**    Investigating Agency **FBI**

**City** Boston       Related Case Information:

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant **X**    New Defendant _____
Magistrate Judge Case Number **22-mj-6347-MPK**
Search Warrant Case Number **22-mj-6358-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Xiaolei Wu       Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) 150 Huntington Ave, Boston MA

Birth date (Yr only): 1997   SSN (last4#): _____   Sex M   Race: Asian   Nationality: Chinese

Defense Counsel if known: Jessica Hedges    Address: 50 Congress St, Suite 600

Bar Number: 645847                Boston MA 02109

**U.S. Attorney Information:**

AUSA: Timothy H. Kistner    Bar Number if applicable: 690534

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Chinese

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 12/14/2022

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Judge Kelley   on   12/14/2022

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/10/2023    Signature of AUSA: *Timothy Kistner*

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Xiaolei Wu

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 2261A | Stalking | 1 |
| Set 2  18 U.S.C. 875 | Threats | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____