UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.  1:23-CR-10005-DJC |
| ) | |
| XIAOLEI WU ) | |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE TO TEMPORARILY RETURN PASSPORT

Mr. Xiaolei Wu, defendant in the above-captioned matter, respectfully moves this Court to modify his conditions of release to temporarily return his passport to him for a period of 24 hours.  As grounds, Mr. Wu's Massachusetts Driver's License is approaching its expiration and Mr .Wu will need to present valid proof of identification to the Registry of Motor Vehicles in order to renew it. Mr. Wu's only source of proof is his passport. Mr. Wu has scheduled an appointment for 2:30 p.m. on May 24th with the RMV. If this motion is allowed, and attorney from Hedges & Tumposky, would retrieve Mr. Wu's passport from US Probation, accompany Mr. Wu to the RMV so that he might renew his license – only releasing the passport into Mr. Wu's custody during the period when they are in the RMV offices – and counsel would then return the passport the same afternoon. At all times that Mr. Wu was in possession of his passport, he would be personally accompanied and observed by counsel.

Counsel has discussed this motion with Probation, who has indicated they do not oppose the temporary modification.  The Government has indicated that it will not oppose this motion if the passport is released to counsel, and counsel accompanies Mr. Wu to his appointment.

Respectfully Submitted,
Xiaolei Wu
By his attorney,

/s/ Jessica Hedges
Jessica D. Hedges
BBO No. 645847
Hedges & Tumposky, LLP
88 Broad St., Suite 101
Boston, MA 02110
617-722-8220

## CERTIFICATE OF SERVICE

I, Jessica Hedges, hereby certify that, on this May 19th, 2023, I served a true copy of the above document on all counsel of record through the electronic case filing system.

/s/ Jessica Hedges
Jessica Hedges