UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10005-DJC |
| XIAOLEI WU, | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS MEMORANDUM**

The United States of America, with the assent of the defendant, hereby submits this memorandum addressing Local Rule 116.5(c). The parties have reviewed this memorandum and agree to its contents.

On July 27, 2023, the District Court held an Initial Pretrial Conference in the above-captioned matter, and, among other things, set a trial date for January 22, 2024. As a result, the parties respectfully ask that the August 3, 2023 final status conference be cancelled.

**I.      Production of Discovery and Timing of Additional Discovery to be Produced.**

The government has produced automatic discovery to the defendant. The government will provide discovery in response to any future request(s) according to the Local Rules and the Federal Rules of Criminal Procedure, including any supplemental discovery if additional materials are obtained.

**II.     Timing of Additional Discovery Requests.**

There are no outstanding requests or motions for discovery.

**III.    Pretrial Motions Under FRCP 12(b).**

No motions have been filed under Fed. R. Crim P. 12(b).

**IV.     Speedy Trial Calculations.**

The parties agree that the time between August 3, 2023 and the trial date of January 22, 2024, should be excluded in the interests of justice. To that end, on July 27, 2023, the government filed with the District Court an assented-to motion for excludable delay from August 3, 2023 to January 22, 2024.

**V.      Length of Trial.**

At the Initial Pretrial Conference, the parties estimated four to five days for trial.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Timothy H. Kistner*
Timothy Kistner
Assistant U.S. Attorney

Dated: August 1, 2023

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                */s/ Timothy H. Kistner*
                                                Timothy H. Kistner
                                                Assistant U.S. Attorneys