UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
23-CR-10005-DJC

UNITED STATES OF AMERICA

v.

XIAOLEI WU

**FINAL STATUS REPORT**

KELLEY, M.J.

Defendant had a final status conference scheduled for August 3, 2023. The parties filed a joint status report asking that the conference be cancelled, as the case has been scheduled for trial. Discovery is complete and there are no further matters to be handled by this court at this time. The final status conference is cancelled and this case will be referred to the District Court.

　　/ s / Page Kelley
PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE