UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10005-DJC |
| XIAOLEI WU, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER OF EXCLUDABLE DELAY**

CASPER, D.J.

Upon consideration of the parties' assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from August 3, 2023 (the date originally set for the initial pretrial conference), through and including the trial date, January 22, 2024, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," specifically, this exclusion of time allows the defendant to prepare for trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial.

Accordingly, the Court grants the assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from August 3, 2023, through and including January 22, 2024, is excluded from the speedy trial clock.

August 2, 2023

*Denise J. Casper*
HON. DENISE J. CASPER
U.S. DISTRICT JUDGE