UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:23-cr-10005-DJC |
| | ) | |
| | ) | |
| XIAOLEI WU | ) | |

**MOTION TO SEAL CERTAIN EXHIBITS TO
DEFENDANT'S MOTION TO SUPPRESS**

The defendant, Xiaolei Wu, respectfully moves this Honorable Court to file under seal the following Exhibits to his Motion to Suppress:

(1) Exhibit 2, FBI Interview Report

(2) Exhibit 4, FBI Interview Transcript

(3) Exhibit 5, Search Warrant Application and Affidavit

(4) Exhibit 9, FBI Interview Audio

As grounds, these exhibits include significant personal identifying information, such as passwords to personal electronic devices, WeChat account names, and social media account names, which will compromise the privacy of Mr. Wu and others.

Wherefore, Mr. Wu requests that this Honorable Court seal the above-referenced documents.

                                          Respectfully submitted,
                                          XIAOLEI WU
                                          By his Attorney,

                                          /s/ Jessica Hedges
                                          Jessica D. Hedges
                                          BBO No. 645847
                                          Hedges & Tumposky, LLP
                                          88 Broad St., Suite 101
                                          Boston, MA 02110
                                          (617) 722-8220

## CERTIFICATE OF SERVICE

    I, Jessica Hedges, hereby certify that, on <u>November 28, 2023</u>, I have served a copy of this document, where unable to do so electronically, on all counsel of record.

                                                          /s/ Jessica Hedges
                                                          Jessica Hedges