UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
美国区域法院
马萨诸塞州地区

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>美国 | )<br>) | |
| v.<br>對. | )<br>) | Docket No. 1:23-cr-10005-DJC<br>案卷編號 1:23-cr-10005-DJC |
| | )<br>) | |
| XIAOLEI WU | ) | |

**AFFIDAVIT OF XIAOLEI WU IN SUPPORT OF HIS MOTION
TO SUPPRESS STATEMENTS**
支持**XIAOLEI WU**其动议的宣誓书
为了压制证词

I, Xiaolei Wu, state the following is true to the best of my knowledge, information, and belief:
据我，Xiaolei Wu, 所知、所获资讯和所信，声明以下内容属实：

1. I grew up in China.
   我在中国长大。
2. Mandarin is my first language.
   普通话是我的母语。
3. I have limited understanding of the English language.
   我对英语的理解有限。
4. On August 8, 2021, I moved to the United States to attend Berklee College of Music.
   2021年8月8日，我移居美国，就读伯克利音乐学院。
5. Many of my friends and the people I spend time with in the United States speak Mandarin.
   我的许多朋友以及与我一起在美国度过时光的人都说普通话。
6. Outside of classes, I speak Mandarin much of the time.
   课外，我大部分时间都说普通话。
   由于我的英语能力有限，我在必须说和理解大量英语的课程中成绩很差。
7. Before I was arrested in this case, I had been to court in the United States only one time, on November 18, 2022.
   在我因本案被捕之前，我只在2022年11月18日到美国法庭一次。
8. I appeared in court in November 2022 for a restraining order hearing after the complainant in this case obtained, *ex parte,* a restraining order against me.

在本案的原告单方面取得针对我的限制令后, 我于 2022 年 11 月出庭参加限制令聆讯。

9. When I appeared in court on that matter, I did not have a lawyer.
当我就此事出庭时, 我没有律师培同。

10. I did not understand that I had the right to refuse to answer the Judge's questions.
我不明白我有权利拒绝回答法官的问题。

11. There were many times during the hearing that I did not understand what the judge said to me or asked me.
在审判过程中, 我多次不明白法官对我说的话或问我什么。

12. On December 14, 2022, I was arrested by FBI agents in this case.
2022 年 12 月 14 日, 我因该案被 FBI 特工逮捕。

13. Before I was arrested in this case, I knew very little about the United States criminal legal system.
在我因这起案件被捕之前, 我对美国的刑事法律体系所知甚少。

14. Before I was arrested in this case, I did not know what rights someone has when they are arrested in the United States.
在我因这个案子被捕之前, 我不知道每一个人在美国被捕后有什么权利。

15. When I was arrested, the FBI agents placed me in handcuffs.
我被捕时, 联邦调查局特工给我戴上手铐。

16. The FBI agents transported me in handcuffs to FBI Boston headquarters.
联邦调查局探员戴着手铐将我送往联邦调查局波士顿总部。

17. At FBI Boston headquarters, FBI agents interrogated me.
在联邦调查局波士顿总部, 联邦调查局探员审问了我。

18. I was not offered an interpreter for this interview.
这次问话没有提供口译员给我。

19. I was not offered the option of conducting the interrogation in Mandarin.
我没有被提供用国语进行问话的选择。

20. I was not asked if I was comfortable doing the interrogation in English.
没有人问我是否愿意用英语进行问话。

21. I did not understand why I had been arrested.
我不明白我为什么被逮捕。

22. I did not think I had a right to an attorney because when I asked about it, the FBI agent told me I could have one later and it would be explained later by the judge.
我不认为我有权请律师, 因为当我询问时, 联邦调查局特工告诉我我可以稍后再请律师, 法官稍后会对此进行解释。

23. This explanation made the later oral recitation of my rights confusing.
这个解释让我后来口头陈述的权利变得混乱。

24. This explanation made the written description of my rights on the English and translated *Miranda* card confusing.
这种解释使我在理解英文版和翻译版米兰达卡书面描述上的权利变得混乱。

25. During the interrogation, I did not understand a lot of what the FBI agents said to and asked of me.
在问话过程中, FBI探员对我说的话和问我的很多事情我都听不懂。

26. Based on the statements of the FBI agents, I thought I was required to sign the *Miranda* waiver.
根据联邦调查局特工的陈述, 我以为我需要签署米兰达弃权书。

27. Based on the statements of the FBI agents, I thought I was required to answer the FBI agents' questions.
    根据联邦调查局特工的陈述，我以为我有必要回答联邦调查局特工的问题。
28. I did not think I had a choice not to sign the *Miranda* waiver.
    我以为我没有选择不签署米兰达弃权书。
29. I did not think I had a choice not to answer questions of the FBI agents.
    我不认为我可以选择不回答联邦调查局特工的问题。

Signed and sworn to under the pains and penalties of perjury this __28th__ day of __November__, 2023.
2023 年 ___11___ 月 _28_ 日签署并宣誓，甘愿承担作伪证的后果和处罚。

*Xiaolei Wu*
_____
Xiaolei Wu