UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>XIAOLEI WU,   )<br>)<br>Defendant   )<br>) | Crim. No. 23-cr-10005-DJC |

**ASSENTED-TO MOTION TO SEAL GOVERNMENT'S MOTION TO
PROTECT VICTIM'S IDENTITY**

The United States respectfully moves this Honorable Court to file under seal a forthcoming motion to protect the victim's identity in this case. As grounds, the government states that it is necessary in order to protect the victim's privacy and to avoid subjecting the victim to unnecessary scrutiny and psychological harm.

The United States has conferred with counsel for the Defendant, who assents to this Motion to Seal. Wherefore, the United States requests that this Honorable Court seal the above referenced motion.

Date: January 8, 2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Timothy H. Kistner
TIMOTHY H. KISTNER
ALATHEA PORTER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Timothy H. Kistner*
      TIMOTHY H. KISTNER
      Assistant United States Attorney

      Date: January 8, 2024