UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:23-cr-10005-DJC |
| | ) | |
| | ) | |
| XIAOLEI WU | ) | |

**JOINT STIPULATION**

The Defendant hereby withdraws the affidavit of attorney Cara McNamara. The parties stipulate as follows:

1. Cara McNamara was appointed to represent Mr. Wu. and represented him from December 14, 2022, to December 21, 2022. She represented Mr. Wu during his initial appearance.

2. Attorney McNamara reviewed the transcript of the initial appearance, dated December 14, 2022.

3. It is her memory that the hearing was brief, and that during the hearing, the audio equipment for hearing the interpreter was malfunctioning.

4. Given the malfunctioning equipment she suggested on the record to forego the interpreter.

5. When Ms. McNamara said that Mr. Wu was having trouble, and the interpretation was not assisting him, she was referring to the malfunctioning audio equipment that made it difficult for Mr. Wu to hear what the interpreter was saying.

1

| | |
|---|---|
| **JOSHUA S. LEVY** | Respectfully Submitted, |
| Acting United State Attorney | **XIAOLEI WU** |
| | By his attorneys, |
| By: /s/ Timothy H. Kistner | /s/ Jessica Hedges |
| Timothy H. Kistner | Jessica D. Hedges (BBO No. 645847) |
| Alathea Porter | Michael Tumposky (BBO No. 660618) |
| Assistant United States Attorneys | Hannah L. Taylor (BBO No. 710056) |
| | Hedges & Tumposky, LLP |
| | 88 Broad St., Suite 101 |
| | Boston, MA 02110 |
| | 617-722-8220 |

## CERTIFICATE OF SERVICE

I, Jessica Hedges, hereby certify that, on this January 9, 2024, I served a true copy of the above document on all counsel of record through the electronic case filing system.

/s/ Jessica Hedges
Jessica Hedges