UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> XIAOLEI WU, <br><br> Defendant. | Criminal Action No. 23-cr-10005 |

## VERDICT

*WE, THE JURY, FIND THE DEFENDANT, XIAOLEI WU:*

**COUNT ONE (CHARGING CYBERSTALKING)**

_____ NOT GUILTY          ✓_____ GUILTY

**COUNT TWO (CHARGING INTERSTATE TRANSMISSION OF THREATENING COMMUNICATION)**

_____ NOT GUILTY          ✓_____ GUILTY

1/25/24
DATE

*Jennifer Vargas*
FOREPERSON'S SIGNATURE