IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-cr-10005-DJC |
| ) | |
| XIAOLEI WU, ) | |
| ) | |
| Defendant. ) | |

**APPLICATION FOR, AND FACTUAL ALLEGATIONS IN SUPPORT OF, JUDICIAL ORDER OF REMOVAL**

The United States hereby respectfully applies for a judicial order of removal and alleges the following facts in support of its application and its Notice of Intent to Request Judicial Removal, providing documentary notice to the defendant and his attorney of record, Michael Tumposky, of its application and these allegations of fact:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and a citizen of the People's Republic.

3. The defendant last entered the United States in August 2021.

4. The defendant has been convicted in the United States District Court for the District of Massachusetts of the following offenses: Threats in Interstate Commerce in violation of 18 U.S.C. § 875, and Cyberstalking in violation of 18 U.S.C. § 2261A. The maximum term of imprisonment for these offenses is five years. The Defendant was sentenced to nine months incarceration.

5. The defendant is removable pursuant to 8 U.S.C. § 1227(a)(1)(C)(i), (INA § 237(a)(1)(C)(i)) in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, he failed to maintain or comply with the conditions of the nonimmigrant status under which he was admitted.

WHEREFORE, pursuant to 8 U.S.C. § 1227(a)(1)(C)(i), (INA § 237(a)(1)(C)(i)) the United States requests that this Court order the defendant to be removed from the United States to the People's Republic of China.

    Respectfully Submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:   */s/ Timothy H. Kistner*
    Timothy H. Kistner
    Assistant U.S. Attorney

Dated: May 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants.

|  |  |
|---|---|
|  | */s/ Timothy H. Kistner* |
|  | Timothy H. Kistner |
| Dated: May 1, 2024 | Assistant U.S. Attorney |