UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:23-CR-10005-DJC |
| | ) | |
| XIAOLEI WU | ) | |

### DEFENDANT XIAOLEI WU'S MOTION TO MODIFY CONDITIONS OF RELEASE TO TEMPORARILY RETURN PASSPORT

Mr. Xiaolei Wu, defendant in the above-captioned matter, respectfully moves this Court to modify his conditions of release to temporarily return his passport to him for a period of 24 hours.  As grounds, Mr. Wu's Massachusetts Driver's License is approaching its expiration and Mr. Wu will need to present valid proof of identification to the Registry of Motor Vehicles in order to renew it. Mr. Wu's only source of proof is his passport. Mr. Wu requires his Driver's License because he will need an ID to present to the BOP when he reports on June 7, and likely he will specifically need his driver's license so he can transport himself there.

Mr. Wu has scheduled an appointment for 1:30 p.m. on Friday, May 24th with the RMV in Watertown. If this motion is allowed, an attorney from Hedges & Tumposky would retrieve Mr. Wu's passport from US Probation, accompany Mr. Wu to the RMV so that he might renew his license – only releasing the passport into Mr. Wu's custody during the period when they are in the RMV offices – and counsel would then return the passport the same afternoon, RMV delays and traffic permitting. Counsel will remain in communication with Probation about whether it appears delays will prevent the return of the passport on May 24. If that is the case, counsel will secure the passport in a locked container inside their office for the weekend and

return the passport to Probation on Monday, May 27. At all times that Mr. Wu would be in possession of his passport, he would be personally accompanied and observed by counsel.

Counsel has discussed this motion with Probation, who has indicated they do not oppose the temporary modification.

Respectfully Submitted,
Xiaolei Wu
By his attorneys,

/s/ Michael Tumposky
Michael Tumposky
(BBO No. 660618)
Hannah Taylor
(BBO No. 710056)
Hedges & Tumposky, LLP
88 Broad St., Suite 101
Boston, MA 02110
617-722-8220

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on May 2, 2024, I served a true copy of the above document on all counsel of record through the electronic case filing system.

/s/ Michael Tumposky
Michael Tumposky