IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10005-DJC |
| XIAOLEI WU, | ) ) | |
| Defendant. | ) ) | |

## STIPULATED JUDICIAL ORDER OF REMOVAL

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of the defendant, XIAOLEI WU, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the People's Republic of China and a citizen of The Peoples Republic of China.  The defendant arrived at Logan International Airport, Boston, MA on August 8, 2021, and that was inspected as a valid F-1(Academic Student) visa holder attending Berkley College of Music (SEVIS#N0032061797). This F-1 visa was terminated on February 1, 2023. The defendant has no other pending documentation or applications with United States Citizens and Immigration Services (USCIS) that allow him to legally remain in the United States. WU is currently out of status and removable from the United States.

3. The defendant has been convicted in the United States District Court for the District of Massachusetts of the following offenses: Threats in Interstate Commerce in violation of 18 U.S.C. § 875, and Cyberstalking in violation of 18 U.S.C. § 2261A.  The

1

maximum term of imprisonment for these offenses is five years. The Defendant was sentenced to nine months incarceration.

4. The defendant is subject to removal from the United States as an alien who is a native and citizen of the People's Republic of China who was admitted as a nonimmigrant and who has failed to maintain the nonimmigrant status in which the alien was admitted or to which it was changed under section 1258 of this title, or to comply with the conditions of any such status. (8 U.S.C. §1227(a)(1)(C)(i)).

5. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

6. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to People's Republic of China promptly upon his completion of a term of imprisonment, if any.

IT IS SO ORDERED this  3rd   day of  May           , 2024.

                                                                        _____
                                                                         DENISE J. CASPER
                                                                          United States District Judge